BROWN, A

v.

OOR (DOC)

1868 CD 2016

Commonwealth Court of Pennsylvania.

10/31/2017

Office of Open Records, AP 2016–1621

Reversed/Remanded

BLOUNT, R.

v.

The PHILADELPHIA PARKING AUTHORITY

1878 CD 2016

Commonwealth Court of Pennsylvania.

10/31/2017

Philadelphia County Civil Division, 160700831

Vacated